MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD, LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: mleonard@davisandleonard.com

Attorneys for Defendants
Carden Virtual Academy of Arizona, Inc.,
Carden Virtual Academy of California, Inc.,
and Timothy Smith

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| CARDEN EDUCATIONAL FOUNDATION, INC., a New York not for profit foundation,<br><br>Plaintiff,<br><br>v.<br><br>CARDEN VIRTUAL ACADEMY, a California corporation, CARDEN VIRTUAL ACADEMY OF ARIZONA, TIMOTHY SMITH, an individual and dba CARDEN VIRTUAL ACADEMY<br><br>Defendants. | CASE NO. EDCV 10-01150 VAP (DTBx)<br><br>[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER |

Having considered the parties' request for entry of a stipulated protective order, submitted herewith, the parties request is granted.

Dated: January 27, 2011          IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE