DEBORAH PERLMAN [S.B. No. 177991]
deborah@perlmanlawoffices.com
Perlman Law Inc.
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210

PAUL D. SUPNIK   NOTE: CHANGES MADE BY THE COURT
paul@supnik.com
9401 Wilshire Boulevard, Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorney for Plaintiff
CARDEN EDUCATIONAL
FOUNDATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARDEN EDUCATIONAL FOUNDATION, INC., | ) Case No. CV 10-01150-VAP(DTBx) |
| | ) |
| | ) **ORDER** |
| Plaintiff, | ) **RE: STIPULATION TO (1)** |
| | ) **CONTINUE LAST DATE TO AMEND** |
| vs. | ) **COMPLAINT AND ADD PARTIES** |
| | ) **AND (2) FILE AMENDED** |
| CARDEN VIRTUAL ACADEMY, etc. et al. | ) **COMPLAINT** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

1

STIPULATION TO CONTINUE LAST DATE TO AMEND COMPLAINT AND ADD PARTIES

Based on the stipulation of plaintiff CARDEN EDUCATIONAL FOUNDATION, INC. and all defendants, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) The last day to amend the complaint and/or add additional parties be continued from February 28, 2011 to **March** 28, 2011.

(2) Plaintiff may file an amended complaint to correct the name of the plaintiff from CARDEN EDUCATIONAL FOUNDATION, INC. to THE CARDEN EDUCATIONAL FOUNDATION, INC. and to add and/or modify the identity of defendants in the complaint by **March** 28, 2011.

IT IS SO ORDERED.

Dated: _January 27, 2011

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE LAST DATE TO AMEND COMPLAINT AND ADD PARTIES